## William Downs, Appellant, v. Malinda Lambur, Appellee.

### Gen. No. 23,573.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM
N. GEMMILL, Judge, presiding. Heard in the Branch Appellate
Court at the October term, 1917. Affirmed. Opinion filed April 24,
1918.

### Statement of the Case.

Action by William Downs, plaintiff, against Malinda
Lambur, defendant, to recover for work and labor and
material. From a judgment for defendant, plaintiff
appeals.

WILLIAM S. CORBIN, for appellant.

POLLOCK, RAINEY & LIVINGSTON, for appellee; ROBERT
S. COOK, of counsel.

MR. JUSTICE O'CONNOR delivered the opinion of the
court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—*when statement of claim
may be amended.* Where an action to recover for services is brought
on an implied contract and it develops that plaintiff's claim is based
upon an express contract, he may obtain leave to amend his state-
ment of claim.

2. CONTRACTS—*what is effect of adverse judgment in action based
on theory of implied contract.* Where one sues to recover for services
on the theory of an implied contract and judgment is rendered
against him, he cannot thereafter sue for such services on the
theory of an express contract.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.